JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| JEAN CRUMP, | ) | No. SA CV 14-02020-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| THE MARVIN GARDENS HALFWAY HOUSE, et al., | ) | |
| Respondents | ) | |

Pursuant to the Memorandum and Order Dismissing Petition for a Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: February 18, 2015     _____

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE